UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EUGENE BEAUREGARD AND SUSAN BEAUREGARD,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN HILLOCK and SANDRA HILLOCK EDWARD MERRILL and WANDA MERRILL,<br><br>    Defendants. | Case No. C07-712FDB<br><br>ORDER TO SHOW CAUSE |

Plaintiffs state that they bring this cause of action "to enforce their federal constitutionally protected right to equal protection under the laws and freedom from involuntary servitudes." (Amended Complaint ¶ 4.) Plaintiffs also state that they bring this cause of action in order that they are not frightened into "abandoning their federally protected right to hold and use property, to sue in state court, to make and enforce contracts, and to enjoy the full benefit of all laws and proceedings for the security of their persons and their property." (Amended Complaint ¶ 6.)

This cause of action concerns property in Lewis County "where in 1993 Plaintiffs purchased a nominal 15 acre portion of undeveloped land near the small town of Pe Ell." sic. (*Id.*, ¶ 11.) Plaintiffs assert that:

ORDER - 1

> In the Lewis County Superior Court under Cause number 03-2-00924-3, John Hillock and Edward Merrill knowingly made the false claim that the Beauregards failed and/or refused to honor a reservation of rights for the use of water derived from a well located on the real property of the Beauregards' "parcel B".

(Amended Complaint ¶ 20.) Plaintiffs state that a decree Quieting Title [John & Sandra Hillock/Edward & Wanda Merrill Property] issued on June 11, 2004, which established a court ordered "servitude," under color of law, for the use of water from any spring well located on Parcel "B" of the Beauregards' property. ( *Id.*, ¶ 27.) Plaintiffs state that their objections were overruled by the Superior Court of the State of Washington and sustained on the merits by the Supreme Court of the State of Washington. ( *Id.* ¶ 30.)

Plaintiffs seek a declaration that the above-mentioned Decree Quieting Title is void because it is unlawful and it violates public policy, and Plaintiffs seek damages for mental anguish and for lost of profits, among other damages related to damages to property and maintenance of property and increased development costs added and incurred because of Defendants actions.

This Court is not convinced by Plaintiffs' Amended Complaint that it has jurisdiction over this cause of action.

ACCORDINGLY, IT IS ORDERED: Plaintiffs' shall SHOW CAUSE by Friday, July 6, 2007 why this cause of action should not be dismissed for lack of subject matter jurisdiction.

DATED this 21st day of June, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2