UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EUGENE BEAUREGARD AND SUSAN BEAUREGARD,

Plaintiffs,

v.

JOHN HILLOCK, SANDRA HILLOCK, EDWARD MERRILL AND WANDA MERRILL,

Defendants.

Case No. C07-712FDB

ORDER OF DISMISSAL

This cause of action concerns a June 4, 2004 Decree Quieting Title, about which there has been litigation in the State courts. Plaintiffs object to the Decree and are seeing in this Court to obviate the effect of the Decree and to obtain damages. Plaintiffs responded to the Order to Show Cause with a motion to amend the amended complaint. The proposed Second Amended Complaint does not convince the Court that it has jurisdiction in this matter. This court cannot function as a court of appeal for the Plaintiffs in this matter. ACCORDINGLY,

IT IS ORDERED: This cause of action is DISMISSED.

DATED this 3rd day of July, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1